**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Maxine Adams and Cecil Adams v. Harris County, Texas

Appellate case number:    01-16-00760-CV

Trial court case number:  2014-35653

Trial court:              157th District Court of Harris County

On October 12, 2016, the Clerk of this Court notified the pro se appellants that, because the reporter had not yet received a request or payment for the reporter's record, if appellants failed to provide evidence of payment or arrangements to pay for the reporter's record by October 21, 2016, this Court may set the briefing schedule and proceed without the reporter's record. *See* TEX. R. APP. P. 37.3(c).  On October 21, 2016, the appellants filed a docketing statement in this Court indicating, among other things, that they had requested the reporter's record on September 23, 2016, with their notice of appeal, and that they made a second request on October 17, 2016.  To date, neither a reporter's record nor an updated information sheet from the reporter indicating that payment has been made has been filed in this Court.  Appellants filed a sworn record on October 17, 2016, and a supplemental clerk's record was filed on December 21, 2016, in this Court.

Accordingly, appellants are **ORDERED** to pay, or make arrangements to pay, for the reporter's record and file evidence of payment with this Court, **within 30 days of this order**.  If appellants fail to comply with this Order in a timely manner, this Court will set the briefing schedule and consider and decide this appeal on those issues or points that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c)(1), (2), 42.3(b), (c).

It is so ORDERED.

Judge's signature: _/s/ <u>Evelyn V. Keyes</u>
                        ☒Acting individually
Date: <u>December 29, 2016</u>